FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP - 8 2010 ★

# FREEMAN, NOOTER & GINSBERG
## BROOKLYN OFFICE
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

September 3, 2010

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP - 8 2010 ★

BROOKLYN OFFICE

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

Hon. I. Leo Glasser
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11232

### Re: United States v. Mordecai Dier
### 10 CR 0431 (ILG)

Dear Judge Glasser:

We represent Mordecai Dier with respect to above caption case. Mr. Dier is a Cantor at the Flushing Fresh Meadows Jewish Center and makes this application in order to take part in services during the holidays at the Synagogue.

We respectfully request that the court modify Cantor Dier's pretrial release conditions and remove the electronic monitoring condition for the following dates and times:

**ROSH HASHANAH SCHEDULE:**

**September 8, 2010** = Rosh Hashanah Eve - Services begin at 6:45 p.m. and his responsibilities end at 11:30 p.m.

However, Cantor Dier seeks permission to sleep at the Synagogue with his family in an apartment there as he does every year because he lives some miles away, does not drive, and has to be back at the Synagogue the following morning by 8:00 a.m.

**September 9, 2010** = Cantor Dier seeks permission to remain at the Synagogue all day into the night and sleep at the Synagogue for the second night of Rosh Hashanah.

**September 10, 2010** = Cantor Dier seeks permission to remain at the Synagogue all day into the night and sleep a the Synagogue on Friday night because when Rosh Hashanah ends the Sabbath begins; Mr. Dier would walk home Saturday afternoon as he does every Saturday, arriving by 4:00 p.m.

**YOM KIPPUR SCHEDULE:** Cantor Dier seeks permission to remain at the Synagogue from Friday September 17th at 6:00 p.m. until Saturday September 18th at 12:00 a.m. sleeping there on Friday night.

**SUKKOT HOLIDAY:** Wednesday Sept. 22nd    6:00 p.m.- 9:00 p.m.
Thursday Sept. 23rd    9:00 a.m. - 4:00 p.m.
Friday Sept. 24th    9:00 a.m. - 4:00 p.m.
Thursday Sept. 30th    9:00 a.m.- 4:00 p.m.
Friday October 1st    9:00 a.m.- 9:00 p.m.

For ease of reference the off monitor schedule requested is:

9/8/10 at 6:00 p.m. to 9/11/10 at 4:00 p.m.
9/17/10 at 6:00 p.m. to 9/19/10 at 11:30 p.m.
9/22/10 at 6:00 p.m. to 9/22/10 at 9:00 p.m.
9/23/10 at 9:00 p.m. to 9/23/10 at 4:00 p.m.
9/24/10 at 9:00 p.m. to 9/24/10 at 4:00 p.m.
9/30/10 at 9:00 p.m. to 9/30/10 at 4:00 p.m.
10/1/10 at 9:00 p.m. to 10/1/10 at 9:00 p.m.

Assistant United States Attorney, Tyler Smith consents to this request.

Respectfully submitted,

*[signature]*

Louis M. Freeman

LF/cr

cc: Tyler Smith (AUSA)
    Melissa Roman (P.O.)

*Granted*
*So ordered*
*[signature] USDJ*
*9/9/10*